| | | |
|---|---|---|
| **DEBRA D. LUCAS**<br>District Court Executive / Clerk of Court<br>Sandra Day O'Connor U.S. Courthouse<br>Suite 130<br>401 W. Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA**<br>**OFFICE OF THE CLERK**<br> | **LENORE BENOIT**<br>Chief Deputy Clerk<br>Evo A. Deconcini U.S. Courthouse<br>405 W. Congress, Suite 1500<br>Tucson, Arizona 85701-5010<br><br>**MAGS EVERETTE**<br>Chief Deputy Clerk<br>Sandra Day O'Connor U.S. Courthouse<br>Suite 130<br>401 W. Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 |

January 30, 2026

Re:  **Daniel T Doria in CV-25-08192-PCT-MTL**

Enclosed is a copy of the Court's Order directing the U.S. Marshal to effect service on your behalf.  Also, enclosed are copies of your Complaint, U.S. Marshal service forms, waiver of service forms, summonses and a set of examples for your use and information.  To complete service, you must prepare, provide sufficient copies and return the following items:

  __1__     copies of the Marshal's Process Receipt & Return Form USM-285
          (one for each defendant ordered to be served);

  __1__     copies of the Notice of Lawsuit & Request for Waiver of Service of Summons form
          (one for each defendant ordered to be served);

  __2__     copies of Waiver of Service of Summons form (<u>two</u> for each defendant ordered to be served);

  __1__     copies of the Summons form (one for each defendant ordered to be served);

  __2__     copies of the Court Order
          (one for each defendant ordered to be served <u>and</u> one for the U.S. Marshal);

  __2__     copies of your Complaint
          (one for each defendant ordered to be served <u>and</u> one for the U.S. Marshal);

DO NOT PREPARE ANY SERVICE FORMS FOR PARTIES DISMISSED FROM THE ACTION. Upon receipt of the properly completed forms and the <u>required number of copies</u>, your Complaint will be processed for service.  FAILURE TO PROPERLY PREPARE AND SIGN YOUR SERVICE FORMS OR PROVIDE THE REQUIRED NUMBER OF COPIES MAY RESULT IN DELAY IN EFFECTING SERVICE.  Please mail your completed service packet(s) to the Clerk's Office at:

  Sandra Day O'Connor US Courthouse
  401 W Washington St Ste 130 SPC 1
  Phoenix, AZ 85003-2118

                    DEBRA D LUCAS, DCE/Clerk of Court

                    By: D. Draper_____
                         Deputy Clerk

Enclosures:
  ☒ Copy of Court Order
  ☒ Copy of Complaint
  ☒ USM 285 Form(s) w/example
  ☒ Notice of Lawsuit & Request for Waiver Form(s) w/example
  ☒ Waiver of Service of Summons Form(s) w/example
  ☒ Summons Form(s) w/example